UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEX PLACER,

Plaintiff,

v.

VAIL RESORTS MANAGEMENT COMPANY,

Defendant.

No. 2:26-cv-00464-DAD-SCR PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO REMAND, AND DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE MAGISTRATE JUDGE'S APRIL 23, 2026 ORDER AS TO E-FILING

(Doc. Nos. 7, 14, 21)

Plaintiff Alex Placer is proceeding *pro se* in the above-captioned civil action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 10, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to remand this action to state court (Doc. No. 7) be denied. (Doc. No. 21.) Specifically, the magistrate judge concluded that plaintiff's complaint asserted a federal claim pursuant to the ADA, over which this court has federal question jurisdiction and that plaintiff's motion to remand based upon a challenge to defendant's removal of the action upon diversity jurisdiction failed to provide a basis for the remand of this action. (*Id.* at 3.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3–4.) On June 15, 2026, plaintiff filed his objections. (Doc. No. 23.) Therein, plaintiff includes many pages of

argument irrelevant to the recommendation that his motion to remand be denied. (*Id.*) Plaintiff in a single paragraph of his objections suggests that he might lack standing to bring his ADA claim which would then be subject to dismissal. (*Id.* at 16.) Plaintiff is the master of his complaint and he alleged in his complaint a federal claim pursuant to the ADA, over which this court has jurisdiction. Accordingly, nothing in plaintiff's objections provides a valid basis upon which to reject the pending findings and recommendations.

In addition, on May 6, 2026, plaintiff filed a motion for reconsideration (Doc. No. 14) of the magistrate judge's April 23, 2026 order (Doc. No. 13) granting in part plaintiff's motion for reasonable accommodation but denying plaintiff's request to be granted e-filing privileges.

Federal Rule of Civil Procedure 72(a) provides that non-dispositive pretrial matters may be referred to and decided by a magistrate judge, subject to review by the assigned district judge. Fed. R. Civ. P. 72 (a); *see also* L.R. 303(c). The district judge shall modify or set aside any part of the magistrate judge's order which is "found to be clearly erroneous or contrary to law." L.R. 303(f); see also 28 U.S.C. § 636(b)(1)(A). The magistrate judge's factual determinations are reviewed for clear error, while legal conclusions are reviewed to determine whether they are contrary to law. *United States v. McConney*, 728 F.2d 1195, 1200–01 (9th Cir. 1984), *overruled on other grounds by Estate of Merchant v. CIR*, 947 F.2d 1390 (9th Cir. 1991). "A magistrate judge's decision is 'contrary to law' if it applies an incorrect legal standard, fails to consider an element of [the] applicable standard, or fails to apply or misapplies relevant statutes, case law, or rules of procedure." *Martin v. Loadholt*, No. 1:10-cv-00156-LJO-MJS, 2014 WL 3563312, at *1 (E.D. Cal. July 18, 2014). "[R]eview under the clearly erroneous standard is significantly deferential, requiring a definite and firm conviction that a mistake has been committed." *Concrete Pipe & Prod. of Cal., Inc. v. Constr. Laborers Pension Tr. for S. Cal.*, 508 U.S. 602, 623 (1993) (internal quotation marks omitted). The court has considered plaintiff's motion for reconsideration and the many grounds set forth therein, finding none of them to be persuasive. Applying the legal standard applicable to review of that motion as set forth above, the undersigned will deny plaintiff's motion for reconsideration.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 10, 2026 (Doc. No. 21) are adopted in full;
2. Plaintiff's motion to remand (Doc. No. 7) is denied;
3. Also, plaintiff's motion for reconsideration of the magistrate judge's order denying plaintiff's request to be granted e-filing privileges (Doc. No. 14) is denied; and
4. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 23, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE